**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Joseph I. Langer,

Plaintiff,

vs.

Donald F. Shiff, The Guardian Life Insurance Company of America; and Foster Klima & Company,

Defendants.

Case No. 00-1926 JRT/SRN

**STIPULATED REQUEST FOR EXTENSION OF SCHEDULING ORDER**

---

WHEREAS by order dated October 13, 2000, the Court issued its pretrial scheduling order that provided, among other things, that discovery shall be commenced in time to be completed by April 2, 2001 and that all non-dispositive motions, except for those regarding amendment of the pleadings, were to be served and filed by April 16, 2001; and

WHEREAS, mediation to be conducted by the Court had previously been set for March 7, 2001, but was continued due to weather conditions and has now been reset for April 26, 2001; and

WHEREAS, the parties have designated certain witnesses as experts, have disclosed their opinions and have noticed expert depositions consistent with the current scheduling order; and

WHEREAS, the parties are desirous of avoiding the transactional expense associated with further expert discovery and potential non-dispositive motion practice regarding experts, pending the outcome of the April 26, 2001 mediation; and

WHEREAS, the parties hereto, through their respective counsel, verily believe that good cause exists for amending the scheduling order as requested below;

FILED APR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

It is hereby stipulated and agreed that the parties jointly request that the October 13, 2000 scheduling order be amended so as to allow the parties to complete expert discovery on or before May 31, 2001 and to serve any non-dispositive motions and supporting documents, including those which relate to discovery, on or before June 29, 2001.

Dated: 4/12/01

Michael C. Glover - ID# 185401
KALINA, WILLS, GISVOLD & CLARK
941 Hillwind Road NE, Suite 200
Minneapolis, Minnesota 55432-5964
(612) 789-9000
Attorneys for Plaintiff

Dated 4/16/01

Robert E. Salmon - ID# 123031
MEAGHER & GEER, PLLP
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-0661
Attorneys for Defendant Shift

Dated ____________

John P. Boyle - ID# 186946
Gena A. Braaten - ID# 266838
FRUTH & ANTHONY
3750 IDS Center
80 South Seventh Street
Minneapolis, Minnesota 55402
(612) 349-6969

and

It is hereby stipulated and agreed that the parties jointly request that the October 13, 2000 scheduling order be amended so as to allow the parties to complete expert discovery on or before May 31, 2001 and to serve any non-dispositive motions regarding experts and supporting documents on or before June 29, 2001.

Dated. ____________

______________________
**Michael C. Glover - ID# 185401**
KALINA, WILLS, GISVOLD & CLARK
941 Hillwind Road NE, Suite 200
Minneapolis, Minnesota 55432-5964
(612) 789-9000
Attorneys for Plaintiff

Dated ____________

______________________
**Robert E. Salmon - ID# 123031**
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-0661
Attorneys for Defendant Shiff

Dated: 4/13/01

Gena Braaten
______________________
**John P. Boyle - ID# 186946**
**Gena A. Braaten - ID# 266838**
FRUTH & ANTHONY
3750 IDS Center
80 South Seventh Street
Minneapolis, Minnesota 55402
(612) 349-6969

and

**James R. Caroll**
**Sara Martin**
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800
Attorneys for Defendant The Guardian Life Insurance

Dated 4/13/01

[signature]

**Gregory M. Weyandt - ID# 116324**
**Doreen A. Mohs - ID# 249968**
RIDER, BENNETT, EGAN & ARUNDEL LLP
Suite 2000
333 South Seventh Street
Minneapolis, Minnesota 55402
(612) 340-7925
Attorneys for Defendant Foster, Klima

**ORDER**

Based upon the foregoing stipulation, the court determines a good cause exists to modify the October 13, 2000 scheduling order as follows.

1 The parties shall complete expert discovery on or before May 31, 2001.

2. The parties shall serve any non-dispositive motions regarding experts and supporting documents on or before June 29, 2001.

BY THE COURT:

Dated ______________

______________________

**Susan Richard Nelson**
**United States Magistrate Judge**

\877248 1