# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

JOSEPH I. LANGER,

Plaintiff,

v.

DONALD F. SHIFF, et al.,

Defendants.

Civil No. 00-1926 (JRT/SRN)

**ORDER OF DISMISSAL**

Michael C. Glover, KALINA WILLS WOODS GISVOLD & CLARK, 941 Hillwind Road NE, Suite 200, Minneapolis, MN 55432, for plaintiff.

Robert E. Salmon, MEAGHER & GEER, 33 South Sixth Street, Ste 4200, Minneapolis, MN 55402, for defendant Donald F. Shiff.

Terence M. Fruth and John P. Boyle, FRUTH & ANTHONY 80 South Eighth Street, Suite 3750, Minneapolis, MN 55402, for defendant The Guardian Life Insurance Company of America.

Gregory M. Weyandt and Doreen A. Mohs, RIDER BENNETT EGAN & ARUNDEL, 333 South Seventh Street, Ste 2000, Minneapolis, MN 55402, for defendant Foster Klima & Company.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: 5/2/2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED MAY 02 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______