UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSEPH I. LANGER,

Plaintiff,

v.

DONALD SHIFF; THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; and FOSTER KLIMA & COMPANY,

Defendants.

Case No.00-1926 JRT/SRN

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) it is hereby stipulated and agreed to by and among the Plaintiff, Joseph I. Langer, and the Defendants, The Guardian Life Insurance Company of America, Donald F. Shiff and Foster, Klima & Co. that this action and all claims asserted herein are dismissed, with prejudice and without an award of costs, disbursements, or attorneys' fees to any party, and with a complete waiver of any and all rights of appeal.

Dated: July __, 2001

Michael C. Glover, Esq., #185401
KALINA, WILLS,
GISVOLD & CLARK PLLP
941 Hillwood Road N.E., Suite 200
Minneapolis, MN. 55432
(612) 789-9000

COUNSEL FOR PLAINTIFF
JOSEPH I. LANGER

Gregory M. Weyandt, Esq., #116324
Doreen A. Mohs, Esq., #249968
RIDER, BENNET, EGAN & ARUNDELL
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7951

COUNSEL FOR DEFENDANT
FOSTER, KLIMA & CO.

NOV 23 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

John P. Boyle Esq., #186946
FRUTH & ANTHONY, P.A.
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 349-6969

Co-Counsel:
James R. Carroll, Esq.
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

COUNSEL FOR DEFENDANT
THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA

Robert E. Salmon, Esq., #123031
MEAGHER & GEER, P.L.L.P.
4200 Multifood Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

COUNSEL FOR DEFENDANT
DONALD F. SHIFF

**ORDER**

Pursuant to the above Stipulation of the parties, this action is dismissed with prejudice and without an award of costs, disbursement, or attorneys' fees to any party.

IT IS SO ORDERED:

Dated: Nov 23, 2001

John R. Tunheim
United States District Judge